UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 10-59940-TJT
Rhonda Rochelle Bailey  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| RHONDA ROCHELLE BAILEY<br>19711 STOUT<br>DETROIT, MI 48219-0000<br>SSN: XXX-XX-1122 | N/A | N/A | DEBTOR REFUND | 1345920 | 2/28/11 | $ 2,209.55 |

DATED: March 03, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

1059940 00000 017414 1345920
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 02/28/2011     Check No: 1345920
Payee: CLERK OF US BANKRUPTCY COURT

| 1059940 | Rhonda Rochelle Bailey | | | 2,209.55 | 0.00 | 2,209.55 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

CHECK NO. 1345920
SunTrust Bank

FOR Rhonda Rochelle Bailey
BK:1059940 ACCT:
PRIN: 2,209.55   INT:   0.00

DATE Feb 28, 2011
AMOUNT
******2,209.55

PAY **2,209.55**
Two Thousand Two Hundred Nine And 55 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $2,209.55
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Rhonda Rochelle Bailey

CASE NO. 10-59940-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

GARY S ELLENSON
23300 GREENFIELD #106
OAK PARK, MI 48237

**Last Known Address for Debtor:**

RHONDA ROCHELLE BAILEY
19711 STOUT
DETROIT, MI 48219

DATED: March 03, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226